IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FLOSPORTS, INC.,

Plaintiff,

Case No. 26-CV-108

v.

JUSTIN TRITZ, and
TW CLOCKS LLC,

Defendants.

---

**DEFENDANTS' MOTION TO DISMISS**

---

Defendants Justin Tritz and TW Clocks, LLC, by and through their attorneys, Kravit, Hovel & Krawczyk s.c., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court for an order dismissing the Complaint filed by Plaintiff FloSports, Inc. The reasons and grounds for this Motion are set forth in the Brief in Support of Defendants' Motion to Dismiss and the Declaration of Christopher J. Krawczyk, which are being filed contemporaneously herewith.

Dated this 19th day of February, 2026.

KRAVIT, HOVEL & KRAWCZYK S.C..

s/ *Christopher J. Krawczyk*
Christopher J. Krawczyk
State Bar No. 1033982
Benjamin R. Prinsen
State Bar No. 1074311

Kravit, Hovel & Krawczyk s.c.
825 North Jefferson Street, Suite 500
Milwaukee, Wisconsin 53202
(414) 271-7100 (phone)
(414) 271-8135 (facsimile)
cjk@kravitlaw.com
brp@kravitlaw.com

*Attorneys for Defendants*